JS-5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No. CV 24-09994-MWF (AGRx)** **Date: January 7, 2026**

Title: Ronghui Li v. Merrick B. Garland et al.

---

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| **Attorneys Present for Plaintiff:** | **Attorneys Present for Defendant:** |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER REOPENING CASE AND REQUIRING PLAINTIFF TO SHOW CAUSE

On November 19, 2024, Plaintiff Ronghui Li filed a Complaint alleging that USCIS unlawfully delayed in adjudicating Plaintiff's pending asylum application. (Docket No. 1). The Court then stayed this action pursuant to the parties' stipulation pending adjudication of the asylum application. (Docket No. 14).

On December 22, 2025, Defendants filed a notice stating that this action is now moot because, on September 9, 2025, USCIS adjudicated Plaintiff's asylum application. (Docket No. 15). Defendants submit a declaration supporting the notice. (Docket No. 15-1).

Accordingly, the Court lifts the stay, reopens the case, and **ORDERS** Plaintiff to show cause in writing why this action should not be dismissed as moot by no later than **January 16, 2026**. A notice of dismissal using Form CV-09 would also be a sufficient response. Failure to comply with this Order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.